TONY M. MAY, ESQ.
Nevada Bar No. 8563
BRUCE N. WILLOUGHBY, ESQ.
Nevada Bar No. 8311
TONY M. MAY, P.C.
1850 E. Sahara Ave., Suite 206
Las Vegas, Nevada 89104
Telephone: (702) 388-0404
Facsimile: (702) 830-5699
Email: tmay@tmm-law.com
Email: bnw@tmm-law.com

*Attorneys for Third-Party Plaintiff*
*AgSaver, LLC*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ARGUSTOLI H.C., LLC, a Nevada limited liability company; REDACT, LLC, a Texas limited liability company as General Partner of ALDIS MANUFACTURING, LTD., a Texas limited partnership and as General Partner for ALDIS SALES, LTD., a Texas limited partnership,<br><br>   Plaintiffs,<br>vs.<br><br>AGSAVER, LLC, a Mississippi limited liability company; CLARKE PUGH, an individual; DOES I through X, inclusive; and ROES I through X, inclusive,<br><br>   Defendants.<br>_____<br>AGSAVER, LLC, a Mississippi limited liability company;<br><br>   Counterclaimants,<br>vs.<br><br>ARGUSTOLI H.C., LLC, a Nevada limited liability company; REDACT, LLC, a former Texas limited liability company acting as the General Partner of ALDIS MANUFACTURING, LTD, a Texas limited partnership and as the General Partner for ALDIS SALES, LTD; ALDIS MANUFACTURING, LTD, a Texas limited partnership; ALDIS SALES, LTD a Texas limited partnership; DOES 1 - 10, inclusive; and ROES 11-20, inclusive,<br><br>   Counter-Defendants. | Case No.: **2:16-cv-02431-JAD-CWH**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**STIPULATION AND ORDER TO DISMISS THE THIRD-PARTY COMPLAINT WITHOUT PREJUDICE**<br><br>ECF No. 36, 39 |

|   |   |
|---|---|
| AGSAVER, LLC, a Mississippi limited liability company; | ) ) ) |
| Third-Party Plaintiff, | ) ) |
| vs. | ) ) |
| ALDIS MANUFACTURING, LTD, a Texas limited partnership; ALDIS SALES, LTD, a Texas limited partnership; G.I. SMITH, as Trustee of the LOUISIANA INTESTMENT TRUST, a Michigan unknown entity; DOE Individuals/Trustees 1 – 10, inclusive; and ROE Entities 11-20, inclusive, | ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) ) |

### STIPULATION AND ORDER TO DISMISS THE THIRD-PARTY COMPLAINT WITHOUT PREJUDICE

Third-Party Plaintiff AgSaver, LLC (hereinafter "AgSaver"), by and through its counsel of record, the law firm of Tony M. May, P.C. and Third-Party Defendants Aldis Manufacturing, Ltd. and Aldis Sales, Ltd. (collectively referred to as the "Third-Party Defendants") by and through their attorneys of record, the law firm of Marquis Aurbach Coffing, hereby stipulate and agree as follows:

1. AgSaver filed a Third-Party Complaint (ECF No. 12) in this matter on November 17, 2016.

2. Third-Party Defendants were served with a true and correct copy of the Summons and Third-Party Complaint on December 22, 2016 (ECF No. 35).

3. Third Party Defendants filed a Motion to Dismiss the Third-Party Complaint (ECF No. 36) in this matter on January 12, 2017.

4. Within the Third-Party Defendant's Motion to Dismiss, Third-Party Defendants admitted that they are already parties to this matter.

5. As a result of the admission, AgSaver has agreed to dismiss the Third-Party Complaint without prejudice.

6. Third-Party Defendants agree to withdrawal the Motion to Dismiss the Third-Party Complaint.

///

7. The parties request that the hearing on Third-Party Defendant's Motion to Dismiss the Third-Party Complaint, set for hearing on February 27, 2017 be vacated.

**IT IS SO STIPULATED**

Dated this 26th day of January, 2017.

**TONY M. MAY, P.C.**

*/s/ Tony May*
TONY M. MAY, ESQ.
Nevada Bar No. 8563
TONY M. MAY, P.C.
1850 East Sahara Ave., Suite 206
Las Vegas, Nevada 89104
Telephone: (702) 388-0404
Email: tmay@tmm-law.com

*Attorneys for Defendants AGSAVER, LLC*

Dated this 26th day of January, 2017.

**MARQUIS AURBACH COFFING**

*/s/ Liane K. Wakayama*
Liane K. Wakayama, Esq.
Nevada Bar No. 11313
Kathleen A. Wilde, Esq.
Nevada Bar No. 12522
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Email: lwakamaya@maclaw.com

*Attorneys for Third-Party Defendants Aldis Manufacturing, Ltd., and Aldis Sales, Ltd.*

### ORDER

Based on the stipulation [39] and good cause appearing, IT IS HEREBY ORDERED that:

1. The third-party claims are DISMISSED without prejudice;

2. The third-party defendants' motion to dismiss [36] is deemed WITHDRAWN; and

3. The February 27, 2017, hearing [37] on the motion to dismiss [36] is VACATED.

_____
UNITED STATES DISTRICT JUDGE

DATED: 1/27/17